### 9835. May v. Spears.

Stephens, J. The assignments of error set forth in the motion for new trial and the admendment thereto, complaining of the ruling of the court in excluding certain testimony as therein set out and of certain excerpts from the charge of the court, are without merit. The verdict is amply supported by the evidence, and the trial court committed no error in overruling the motion for new trial.

*Judgment affirmed. Broyles, P. J., and Bloodworth, J., concur.*

Decided February 1, 1919.

Trover; from Colquitt superior court—Judge Thomas. May 4, 1918.

*James Humphreys, R. A. Hendricks,* for plaintiff in error.

*Parker & Gibson,* contra.